**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7453**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY BRYAN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Elizabeth V. Hallanan, Senior District Judge.  (CR-96-76, CA-97-1113-5)

———————

Submitted:  January 7, 1999          Decided:  January 26, 1999

———————

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Anthony Bryan, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Bryan seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion agreeing with the magistrate judge's report and recommendation and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Bryan, Nos. CR-96-76; CA-97-1113-5 (S.D.W. Va. Sept. 23. 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2